| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>06/21Graham, James L. | 2. Court or Organization<br><br>U.S. District Court, SD/OH | 3. Date of Report<br><br>06/21/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>169 Joseph P. Keinnery U.S. CH<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | 8. On the basis of the Information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE   2010 JUN 28 A 9: 32   RECEIVED

Graham, James L.

| Name of Person Reporting | Date of Report |
|---|---|
| 06/21Graham, James L. | 06/21/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 06/21Graham, James L. | 06/21/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farm Credit of Mid America FLCA | Mortgage on Farm land-owned by Partnership-Item 3-Part VII | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 06/21Graham, James L. | 06/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apt Bldgs-Gahanna, OH (Franklin Co) -See Part VIII | E | Rent | O | R | | | | | |
| 2. Partnership-Farm Land-Franklin Co. Ohio | D | Rent | O | Q | | | | | |
| 3. Huntington National Bank-Checking & Savings Accounts | A | Interest | J | T | | | | | |
| 4. Gold & Silver Coins | | None | K | T | Sold (part) | 12/04/09 | J | D | |
| 5. Evergreen Muni Money Market Fund | B | Dividend | L | T | | | | | |
| 6. Gahanna Jefferson LSD-4.75% due 12/01/21 | B | Interest | | | Redeemed | 06/01/09 | K | | |
| 7. Ohio St Ser A-5% due 06/15/09 | C | Interest | | | Matured | 06/15/09 | L | | |
| 8. Ohio ST Common Schools - 5% Due 06/15/09 | C | Interest | | | Matured | 06/15/09 | K | | |
| 9. Ohio St Bldg Auth Adult Corr - 5.25% Due 10/01/18 | B | Interest | K | T | | | | | |
| 10. Ohio St Bldg At Adult - 5.5% Due 10/01/09 | D | Interest | | | Matured | 10/01/09 | M | C | |
| 11. Clark County Ohio Bond-3.75%-Due 12/01/09 | B | Interest | | | Matured | 12/01/09 | J | | |
| 12. South-Western City Sch-4.75%-Due 12/01/09 | A | Interest | | | Matured | 12/01/09 | J | | |
| 13. Ohio St Infrastructure - 5.75% Due 02/01/14 | B | Interest | K | T | | | | | |
| 14. Ohio ST Rev Major Infrastructure-5.00%-Due 06/15/10 | A | Interest | | | Matured | 06/15/09 | L | | |
| 15. Wayne County OH -Due12/01/10-4% | C | Interest | L | T | | | | | |
| 16. Ohio St Site Dev - 3.4% Due 05/01/11 | C | Interest | L | T | | | | | |
| 17. Ohio St Hwy Cap Imp-4% due 05/01/11 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 06/21Graham, James L. | 06/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cincinnati Water SYS-5.00%-Due 12/01/20 | C | Interest | M | T | | | | | |
| 19. Ohio St WTR DEV Auth - 5.25% Due 06/01/11 | C | Interest | L | T | | | | | |
| 20. Toledo OH CAP IMPR D - 4% Due 12/01/18 | B | Interest | K | T | | | | | |
| 21. Capital One Bond-Due09/24/09-3.5% | B | Interest | | | Matured | 09/24/09 | K | | |
| 22. Western Asset Managed Muns Fd-Formerly Managed Muny Port. | C | Interest | | | Sold | 03/04/09 | L | C | |
| 23. Bank of America -6.204%-Series D PFD | B | Interest | K | T | | | | | |
| 24. Evergreen Muni Money Market Fund | A | Dividend | J | T | | | | | |
| 25. Eaton Vance OH Tax Exempt Mutual Fund | A | Interest | K | T | | | | | |
| 26. Clark County Ohio Bond-3.75%-Due 12/01/09 | B | Interest | | | Redeemed | 12/01/09 | L | | |
| 27. CD-GE Money Bk-3.5% due 09/25/09 | B | Interest | | | Matured | 09/25/09 | L | | |
| 28. Astropower, Inc. | | None | J | T | | | | | |
| 29. Ballard Power Systems, Inc. | | None | J | T | | | | | |
| 30. Capstone Turbine Corp | | None | J | T | | | | | |
| 31. Electrosource, Inc. | | None | J | T | | | | | |
| 32. Energy Conversion Device | | None | | | Sold | 08/17/09 | J | | |
| 33. Plug Power, Inc. | | None | J | T | | | | | |
| 34. Powershares QQQ ETF-Series 1-Formerly NASDAQ 100 Mutual Fund | A | Dividend | | | Sold | 08/17/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 06/21Graham, James L. | 06/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Red Hat, Inc. | | None | | | Sold | 08/17/09 | J | | |
| 36. Geeknet, Inc.-name changed from Sourceforge | | None | J | T | | | | | |
| 37. DaimlerChrysler NA Hldg - 6.1% Due 07/15/09 | C | Interest | | | Matured | 07/15/09 | K | | |
| 38. HSBC Finance Corp - 5.7% Due 07/15/09 | C | Interest | | | Matured | 07/15/09 | K | | |
| 39. Genl Motors Accept Corp - 5% Due 09/15/09 | B | Interest | | | Matured | 09/15/09 | K | | |
| 40. Ford Motor Credit Co - 5% Due 09/21/09 | B | Interest | | | Matured | 09/21/09 | K | | |
| 41. Fannie Mae-4%-due 07/23/15 | B | Interest | | | Redeemed | 04/20/09 | K | | |
| 42. CD GMAC BK Midvale UT - 5% Due 04/09/09 | C | Interest | | | Matured | 04/09/09 | L | | |
| 43. CD BMW BK of North America - 5.35% Due 07/06/09 | B | Interest | | | Matured | 07/16/09 | K | | |
| 44. CD Capital One-4.15% due 07/23/09 | B | Interest | | | Matured | 09/24/09 | K | | |
| 45. CD Washington Mutual BK-4.35%-Due 12/11/09 | C | Interest | | | Matured | 12/11/09 | L | | |
| 46. CD Acadia Ded SB-4.3%-Due 12/14/09 | B | Interest | | | Matured | 12/14/09 | K | | |
| 47. CD Bank Hapoalim BM-5%-Due 05/14/15 | B | Interest | | | Redeemed | 05/14/09 | K | | |
| 48. Bank of America Bd-6.204& -Due 09/15/11 | B | Interest | K | T | | | | | |
| 49. Wachovia Money Market Fund | A | Dividend | | | Closed | 06/30/09 | J | | |
| 50. CD-Pacific Cap Bk-4.25% due 03/14/11 | B | Interest | K | T | | | | | |
| 51. CD-Wachovia Bk-4.55% due 09/12/11 | B | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| 06/21Graham, James L. | 06/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. CD-Wachovia Bk-4.75% due 09/12/12 | B | Interest | K | T | | | | | |
| 53. AIM Constellation Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 54. Note Receivable-Benevolent Landlord | A | Interest | K | T | | | | | |
| 55. Apt. Bldgs-Westerville, OH (Franklin Co.)-See Part VIII | D | Rent | O | R | Buy | 06/26/09 | O | | |
| 56. shs Amazon Com Inc. | | None | | | Buy | 07/23/09 | J | | |
| 57. | | | | | Sold | 07/24/09 | J | | |
| 58. shs Applie, Inc. | | None | | | Buy | 06/24/09 | J | | |
| 59. | | | | | Sold | 08/17/09 | J | A | |
| 60. Apple, Inc. | | None | | | Buy | 07/17/09 | J | | |
| 61. | | | | | Sold | 08/17/09 | J | A | |
| 62. Bank of America | | None | | | Buy | 08/05/09 | J | | |
| 63. | | | | | Sold | 08/12/09 | J | | |
| 64. Chevron Corporation | | None | | | Buy | 06/26/09 | J | | |
| 65. | | | | | Sold | 08/17/09 | J | A | |
| 66. s Chevron Corporation | A | Dividend | | | Buy | 07/16/09 | J | | |
| 67. | | | | | Sold | 08/17/09 | J | A | |
| 68. Cisco Sys Inc. | | None | | | Buy | 08/07/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| 06/21Graham, James L. | 06/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 08/17/09 | J | | |
| 70. Citigroup Inc. | | None | | | Buy | 08/07/09 | J | | |
| 71. | | | | | Sold | 08/17/09 | J | | |
| 72. Goldman Sachs Group | | None | | | Buy | 07/14/09 | J | | |
| 73. | | | | | Sold | 08/17/09 | J | A | |
| 74. Intel Corp | A | Dividend | | | Buy | 07/14/09 | J | | |
| 75. | | | | | Sold | 08/17/09 | J | B | |
| 76. Johnston & Johnson | | None | | | Buy | 07/14/09 | J | | |
| 77. | | | | | Sold | 08/17/09 | J | A | |
| 78. Kinder Morgan Energy Partners LP | | None | | | Buy | 07/31/09 | J | | |
| 79. | | | | | Sold | 08/17/09 | J | | |
| 80. Linn Energy LLC | | None | | | Buy | 07/31/09 | J | | |
| 81. | | | | | Sold | 08/17/09 | J | | |
| 82. Nokia Corp | | None | | | Buy | 06/24/09 | J | | |
| 83. | | | | | Sold | 07/17/09 | J | | |
| 84. P P G Industries Inc. | A | Dividend | | | Buy | 06/17/09 | K | | |
| 85. | | | | | Sold | 07/13/09 | K | A | |

1. Income Gain Codes:
(See Columns B1 and D4)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2. Value Codes
(See Columns C1 and D3)

| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
|---|---|---|---|
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |

3. Value Method Codes
(See Column C2)

| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
|---|---|---|---|
| U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| 06/21Graham, James L. | 06/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. P P G Industries Inc. | A | Dividend | | | Buy | 06/17/09 | J | | |
| 87. | | | | | Sold | 08/17/09 | J | B | |
| 88. Palm Inc. | | None | | | Buy | 06/24/09 | J | | |
| 89. | | | | | Sold | 07/24/09 | J | | |
| 90. Sandisk Corporation | | None | | | Buy | 07/16/09 | J | | |
| 91. | | | | | Sold | 08/17/09 | J | | |
| 92. SPDR Gold Trust ETF | | None | | | Buy | 06/17/09 | J | | |
| 93. | | | | | Sold | 08/17/09 | J | | |
| 94. Verizon Co    unications | A | Dividend | | | Buy | 06/15/09 | K | | |
| 95. | | | | | Sold | 08/17/09 | K | A | |
| 96. Blackrock Glbl Alloc | A | Dividend | K | T | Buy | 11/16/09 | K | | |
| 97. Blackrock Glbl Alloc | | None | J | T | Buy | 12/22/09 | J | | |
| 98. IVY Asset Strate y Cl 1 | A | Dividend | K | T | Buy | 11/16/09 | K | | |
| 99. IVY Asset Strategy Cl 1 | | None | J | T | Buy | 12/14/09 | J | | |
| 100. JPMorgan Chase & Co. | | None | K | T | Buy | 12/15/09 | K | | |
| 101. Kinder Morgan Energy | | None | J | T | Buy | 12/15/09 | J | | |
| 102. Linn Energy LLC | | None | K | T | Buy | 12/15/09 | K | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000         P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| 06/21Graham, James L. | 06/21/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Loomis Sayles W/W Istl | A | Dividend | K | T | Buy | 11/16/09 | K | | |
| 104. Loomis Sayles W/W Instl | | None | J | T | Buy | 12/11/09 | J | | |
| 105. Pimco All Asset/Auth I | B | Dividend | K | T | Buy | 11/17/09 | K | | |
| 106. Deutsche Telekom AG | | None | | | Buy | 08/07/09 | K | | |
| 107. | | None | | | Sold | 08/17/09 | K | | |
| 108. Huntington Bancshares | | None | | | Buy | 07/09/09 | J | | |
| 109. | | None | | | Sold | 07/24/09 | J | | |
| 110. Wells Fargo Money Market Account | A | Interest | M | T | Open | 06/30/09 | M | | |
| 111. Altria Group | | None | K | T | Buy | 12/23/09 | K | | |
| 112. American Electric Power | | None | K | T | Buy | 12/23/09 | J | | |
| 113. Cenovus Energy Inc. | A | Dividend | J | T | Buy | 07/31/09 | J | | |
| 114. Chevron Corp | | None | K | T | Buy | 12/23/09 | K | | |
| 115. Coca-Cola Company | | None | K | T | Buy | 12/23/09 | K | | |
| 116. Encana Corp | A | Dividend | K | T | Buy | 07/31/09 | K | | |
| 117. General Mills Inc | | None | K | T | Buy | 12/23/09 | K | | |
| 118. shs Intel Corp | | None | K | T | Buy | 12/23/09 | K | | |
| 119. Verizon Cimmunications | A | Dividend | K | T | Buy | 12/23/09 | K | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 06/21Graham, James L. | 06/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Wal-Mart Stores, Inc. | | None | K | T | Buy | 12/23/09 | K | | |
| 121. Waste Management Inc. | | None | K | T | Buy | 12/23/09 | K | | |
| 122. Huntington Banchsares-8.50% Conv | A | Dividend | K | T | Buy | 07/09/09 | K | | |
| 123. Bk of America CPN 5.15% Due 09/15/16 | B | Interest | K | T | Buy | 09/21/09 | K | | |
| 124. DPL Inc Sr Notes 6.875% Due 09/01/11 | C | Interest | L | T | Buy | 01/09/09 | L | | |
| 125. National City Corp CPN 4% Due 02/01/11 | B | Interest | L | T | Buy | 05/20/09 | L | | |
| 126. Wells Fargo Money Market Fund | A | Interest | J | T | Open | 06/30/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 06/21Graham, James L. | 06/21/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 1, line 1: The date of purchase was April 2, 2002. The actual cost is $425,865.

Part VII, page 1, line 2: The date of the appraisal was November 30, 2007 with an valuation date of December 20, 2007.

Part VII, page 1, line 55: The date of purchase was 06/26/2009. The actual cost is $736,770.

| Name of Person Reporting | Date of Report |
|---|---|
| 06/21Graham, James L. | 06/21/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  _____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544